IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
St. Joseph Division

Eric Jones,  )
    Plaintiff,  )
v.  ) Case No. 5:19-cv-06105-HFS
Lyneer Staffing Solutions, LLC,  )
    Defendant.  )

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. (Doc. 12). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

    s/ HOWARD F. SACHS
    Howard F. Sachs
    United States District Judge

June 17, 2020
Kansas City, Missouri